Núm. 8120.—ANDINO, ETC., apldos. *v.* CENTRAL VICTORIA, INC., aplte.—C. D. San Juan. ▮▮▮▮ Enero 31, 1940.

(Por la Corte a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, examinada dicha moción así como el escrito de oposición a la misma,

los autos y el alegato del apelante, no apareciendo claramente frívola la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de San Juan en abril 26 1939, y atendida la situación existente en el momento del acto de la vista y demás circunstancias del caso, no ha lugar a la desestimación solicitada.